# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| TREVON MILLER A/K/A LUCHAUNCEY WILLIAMS | * |
| PLAINTIFF | * |
| V. | * CASE NO. 4:17CV00473 SWW |
| VERIZON WIRELESS | * |
| DEFENDANT | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED.

IT IS SO ORDERED THIS 10TH DAY OF AUGUST, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE